



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

BILL OF INFORMATION FOR DELAY OR DESTRUCTION
OF MAIL BY OFFICER OR EMPLOYEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-9 |
| v. | * | SECTION: "_" SECT. M MAG. 1 |
| TYRONE DILLING | * | VIOLATION: 18 U.S.C. § 1703(a) |
| | * | |

\* \* \*

The United States Attorney charges that:

## COUNT 1

**A. AT ALL TIMES MATERIAL HEREIN:**

1. **TYRONE DILLING ("DILLING")**, was an employee of the United States Postal Service.

2. As a United States postal employee, **DILLING** was assigned and entrusted to carry and deliver mail in New Orleans, Louisiana, which is located within the Eastern District of Louisiana.



**B.    THE OFFENSE:**

On or about October 21, 2021, in the Eastern District of Louisiana, the defendant, **TYRONE DILLING**, a United States Postal Service employee, did unlawfully open a letter, postal card, package, bag, or mail entrusted to him or came into his possession, and was intended to be conveyed by mail, or carried or delivered by a carrier or other employee of the United States Postal Service, in violation of Title 18, United States Code, Section 1703(a).

                                    DUANE A. EVANS
                                  UNITED STATES ATTORNEY

                                  _____
                                  RICHARD R. PICKENS, II
                                  Assistant United States Attorney
                                  La. Bar Roll No. 22593

New Orleans, Louisiana
January 19, 2022

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern    District of    Louisiana
           Criminal    Division

## UNITED STATES OF AMERICA

vs.

## TYRONE DILLING

**BILL OF INFORMATION FOR UNLAWFULLY OPENING THE MAIL BY AND OFFICER OR EMPLOYEE**

**VIOLATION: 18 U.S.C. § 1703(a)**

A true bill.

_____
*Foreperson*

Filed in open court this _____ day of _____ A.D. 2022.

_____
*Clerk*

Bail, $ _____

_____
RICHARD R. PICKENS, II
Assistant United States Attorney